IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN B. BORDELON, JR., and <br> SHARON D. BORDELON, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPH GAWLIK and <br> DONLEN TRUST, INC., <br><br> Defendants. | CIVIL ACTION NO. 11-0312-KD-B |

## ORDER

This action is before the Court on the Notice of Settlement. (Doc. 45). The parties report that they have reached a settlement of all claims and request thirty (30) days to complete the settlement process and to submit a joint stipulation of dismissal.

Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,[1] it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court **subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement agreement not be completed.

No other order shall be forthcoming from the Court except upon application for final judgment as prescribed by Fed. R. Civ. P. 58.

Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this 11th day of January, 2012.

                         s / Kristi K. DuBose
                         **KRISTI K. DuBOSE**
                         **UNITED STATES DISTRICT JUDGE**

---

[1] "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R .Civ. P. 41(a)(2).